WILLIAMS ET AL., APPELLANTS, *v.* GRANGE MUTUAL
CASUALTY COMPANY, APPELLEE, ET AL.

[Cite as *Williams v. Grange Mut. Cas. Co.* (1996), 74 Ohio St.3d 1283.]

(No. 94–1501—Submitted November 7, 1995—Decided January 31, 1996.)

*Scott E. Smith Co., L.P.A.,* and *Scott E. Smith,* for appellants.
*Lane, Alton & Horst, Rick E. Marsh* and *William Scott Lavelle,* for appellee.

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

COOK, J., dissenting. I would affirm the judgment of the court of appeals.

MOYER, C.J., and WRIGHT, J., concur in the foregoing dissenting opinion.